UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WATERBLASTING, LLC,

    Plaintiff,

v.                                                       Case No: 8:17-cv-2660-T-36MAP

BLASTERS, INC.,

    Defendant.
_____/

# ORDER

This matter, a patent infringement action, comes before the Court upon the Defendant's Unopposed Motion to Stay Litigation Pending *Inter Parties* Review (Doc. 23), filed on January 30, 2018. In the motion, Defendant requests an order staying this case pending resolution of *inter parties* review ("IPR") of the patent-in-suit, U.S. Patent No. 7,255,116 (the "'116 Patent") with the U.S. Patent Trial and Appeal Board, which it filed on January 15, 2018. Defendant contends that all of the asserted claims of the '116 Patent are the subject of its IPR petition. Because staying this action until the IPR is resolved will simplify the issues in this proceeding, conserve the resources of the parties and the Court, and will not prejudice either party, the Court will grant the motion to stay.

Accordingly, it is hereby

**ORDERED**:

1. Defendant's Unopposed Motion to Stay Litigation Pending *Inter Parties* Review (Doc. 23) is GRANTED.

2. This case is **STAYED** until the Patent Trial and Appeal Board issues a final written decision on the *inter parties* review.

3. Defendant Blasters, Inc., shall file a report every 90 days as to the status of the *inter parties* review and file a notice of the Patent Trial and Appeal Board's decision to grant or deny the *inter parties* review Petition and the Patent Trial and Appeal Board's final written decision on the *inter parties* review, if instituted.

4. The Clerk is directed to terminate all pending motions and deadlines and administratively close this file. Upon conclusion of the *inter parties* review, any party may move to lift the stay and reopen this case and renew any previously pending motions.

**DONE AND ORDERED** in Tampa, Florida on February 1, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any